UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __17-1149__ as

☑ Retained ☐ Court-appointed(CJA) ☐ Court-assigned(non-CJA) ☐ Federal Defender ☐ Pro Bono ☐ Government

COUNSEL FOR: __Continental Casualty Company__

_____ as the
(party name)

☐ appellant(s) ☑ appellee(s) ☐ petitioner(s) ☐ respondent(s) ☐ amicus curiae ☐ intervenor(s)

_/s/ signature_
(signature)

__Ty K. Mctier__
Name (printed or typed)

__704-900-2215__
Voice Phone

__Redding Jones, PLLC__
Firm Name (if applicable)

__704-973-9391__
Fax Number

__2907 Providence Road, Suite A303__

__Charlotte, NC 28211__
Address

__tmctier@rtjlawfirm.com__
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on __2/14/2017__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Richard L. Patino
PINTO COATES KYRE & BOWERS, PLLC
3203 Brassfield Road
Greensboro, NC 27410

Karen Ventrell, Esq.
Colliau Carluccio Keener Morrow Peterson & Parsons
2020 K. St., NW, Suite 505
Washington, D.C. 2006

_/s/ signature_
Signature

__2/14/2017__
Date

05/07/2014
SCC